AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:14Mj9 | 1/11/14 11:28 AM | USPIS – Charlotte Division Headquarters |

Inventory made in the presence of: Postal Inspector K. Sweeny

Inventory of the property taken and name of any person(s) seized:

Two bundles of a green leafy substance field tested positive for marijuana weighing approximately 1032.12 grams.

FILED
CHARLOTTE, NC

JAN 17 2014

US District Court
Western District of NC

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1-17-14

Executing officer's signature
Edgar Sanabria E. Sanabria
U.S. Postal Inspector
Printed name and title